IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMC INSURANCE COMPANY, et al., : | |
|     Plaintiffs : | |
| : | No. 4:13-cv-00825 |
| v. : | |
| : | (Judge Kane) |
| MICHAEL J. ZICOLELLO, et al. : | |
|     Defendants : | |

## ORDER

**AND NOW**, on this 13th day of January 2014, for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Plaintiffs' motion for a protective order (Doc. No. 21) is **GRANTED** with respect to all communications between Plaintiffs and John Hare.

                                                        S/ Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania