**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EMC INSURANCE COMPANY, <u>et</u> <u>al.</u>,** | : | |
|     **Plaintiffs** | : | |
| | : | **No. 4:13-cv-00825** |
|     **v.** | : | |
| | : | **(Judge Kane)** |
| **MICHAEL J. ZICOLELLO, <u>et</u> <u>al.</u>,** | : | |
|     **Defendants** | : | |

<u>**ORDER**</u>

      **AND NOW**, on this 30th day of September 2014, **IT IS HEREBY ORDERED THAT**

Defendants' motion for summary judgment (Doc. No. 29) is **GRANTED**, and Plaintiffs' motion

for summary judgment (Doc. No. 33) is **DENIED**.  The Clerk of Court is directed to enter

judgment in favor of Defendants and to close the case.


                                         S/ Yvette Kane
                                         Yvette Kane, District Judge
                                         United States District Court
                                         Middle District of Pennsylvania